## 54323. SPEIGHT v. CONTAINER CORPORATION OF AMERICA.

BELL, Chief Judge.

This is a workmen's compensation case in which claimant had been previously awarded compensation for

35% disability to an extremity. See *Speight v. Container Corp.*, 138 Ga. App. 45 (225 SE2d 496). Thereafter, the claimant requested a change of condition hearing. At this hearing, the administrative law judge found as a fact that no evidence was presented which would show a greater percentage of disability than previously awarded. An award denying additional compensation was entered. A majority of the full board adopted the administrative law judge's findings and award. The superior court affirmed. As the evidence supports the findings of fact and the award, we affirm.

*Judgment affirmed. McMurray and Smith, JJ., concur.*

SUBMITTED SEPTEMBER 19, 1977 — DECIDED OCTOBER 13, 1977.

*Jack Dorsey,* for appellant.
*Gambrell, Russell, Killorin & Forbes, Edwin W. Killorin, Jack O. Morse,* for appellee.